FILED
March 01, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002451488

Law Offices of
SIDNEY L. ALEGRE #188172
1103 Holly Drive
Tracy, CA 95376
Telephone: (209) 830-2939

Attorney for Debtors
Edward Abel Serrato and Tami Lee Serrato

# UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA
# SACRAMENTO DIVISION

| | |
|---|---|
| In Re:<br><br>EDWARD ABEL SERRATO and TAMI LEE SERRATO,<br><br>Debtors. | Bankruptcy Case No. 10-24530-A-7<br><br>DCN- SLA-1<br><br>MOTION FOR TRUSTEE TO ABANDON BUSINESS ASSETS<br><br>Date: **April 12, 2010**<br>Time: **9:00 am**<br>Place: **501 "I" Street, Courtroom 28**<br>**Sacramento, CA** |

Debtors hereby request an order for the trustee to abandon the business assets of Debtors, known as Serrato Electric, for the reasons set forth in the Declaration of Debtors, filed concurrently herewith.

Dated: March 1, 2010        /s/ Sidney L. Alegre
                            Sidney L. Alegre, Attorney for Debtors
                            Edward Abel Serrato and Tami Lee Serrato